UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

LAMALSIKOU LOWE,

                        Petitioner,

    v.

RICHARD SUEY, et al.,

                        Respondent.

Case No. 2:18-cv-00072-KJD-GWF

ORDER

On March 21, 2018, this court entered a final order dismissing petitioner's petition for writ of habeas corpus. ECF No. 7. The Clerk of Court entered judgment the following day. ECF No. 8. Because he had not complied with his obligation to keep the court informed of his current address, petitioner did not receive those documents. ECF No. 9.

Apparently unaware that his case had been dismissed, petitioner filed a motion for appointment of counsel. ECF No. 10. Several weeks later, he filed a motion asking the court "to clarify" the impact of a recent Supreme Court decision on his case. ECF No. 11. Because this case has been dismissed and judgment has been entered, petitioner's motions (ECF Nos. 10 and 11) are DENIED as moot.

IT IS SO ORDERED.

DATED this __28__ day of __February__, 2019.

_____
UNITED STATES DISTRICT JUDGE